**NOT FOR PUBLICATION** **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GAYLE MEADOWS, | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 04-3979 (WHW) |
| | : | |
| HUDSON COUNTY BOARD OF ELECTIONS and MARIE BORACE, SUPERINTENDENT OF ELECTIONS, HUDSON COUNTY, | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

It is on this 24th day of August, 2006:

ORDERED that plaintiff's motion to amend the complaint is GRANTED; and it is further

ORDERED that plaintiff's motion for summary judgment on claims two and seven is DENIED; and it is further

ORDERED that defendants' motion for summary judgment on claims one, two and seven is GRANTED; and it is further

ORDERED that defendants' motion for summary judgment on claims three, four, five and six is DENIED; and it is further

ORDERED that this Court declines to exercise jurisdiction on plaintiff's claims three, four, five and six; and it is further

**NOT FOR PUBLICATION** **CLOSED**

ORDERED the plaintiff is granted leave to refile claims three, four, five and six in state court.

                                       **s/ William H. Walls**
                                       United States Senior District Judge